# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MOMOCON, LLC, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.:  21-2386 (RC) |
| | : | |
| v. | : | Re Document No.:  53, 55 |
| | : | |
| SMALL BUSINESS ADMINISTRATION, *et al.*, | : | |
| | : | |
| Defendants. | : | |

# ORDER

### GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, it is hereby **ORDERED** that Plaintiff's motion for summary judgment (ECF No. 53) is **DENIED** and Defendants' motion for summary judgment (ECF No. 55) is **GRANTED**.

   **SO ORDERED**.


Dated:  December 22, 2023                                    RUDOLPH CONTRERAS
                                                             United States District Judge